# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ATLEISURE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACE HARDWARE CORPORATION and PRIDE FAMILY BRANDS, INC.<br><br>    Defendants. | Case No.: 1:16-cv-00294-SCJ |

## DEFENDANTS ACE HARDWARE CORPORATION AND PRIDE FAMILY BRANDS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Ace Hardware Corporation and Pride Family Brands, Inc. ("Defendants"), by and through undersigned counsel, respectfully move for a 30-day extension of the deadline for Defendants to respond to Plaintiff's Complaint (ECF No. 1). In support of this motion, Defendants state:

1. Pursuant to Rule 12(a)(1), Fed. R. Civ. P., Defendants' response to the Complaint is presently due on March 1, 2016.

2. Defendants respectfully request an extension of time to and including March 31, 2016, within which to respond to Plaintiff's Complaint.

{37628273;1}

3. Counsel for Defendants have contacted counsel for Plaintiff, who has consented to the requested extension of time.

4. Pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P., Defendants have good cause to seek this extension of time. This is the first extension of time sought by Defendants. Defendants' counsel were only recently retained to represent Defendants in this action. Defendants' counsel thereafter promptly contacted Plaintiff's counsel seeking Plaintiff's consent to the requested extension. Defendants' lead counsel also have other commitments during the coming weeks, including hearings in other litigation matters requiring travel. Defendants therefore need the requested amount of additional time to properly investigate Plaintiff's claims and prepare its response to the Complaint.

5. This request for an extension of time is made in good faith and not for purposes of delay, and is without waiver of any of the Defendants' rights or defenses, all of which are hereby expressly reserved.

6. Granting this request for an extension of time will not prejudice any party to this matter.

WHEREFORE, Defendants Ace Hardware Corporation and Pride Family Brands, Inc. respectfully move for an extension of time, to and including March 31, 2016, within which to respond to Plaintiff's Complaint, and for all such other

relief as the Court deems just and appropriate.

Date: February 29, 2016                    Respectfully submitted,

                                           By: */s/ Mary Katherine Bates*
                                           Stephen M. Schaetzel
                                           Georgia Bar No. 628653
                                           Mary Katherine Bates
                                           Georgia Bar No. 384052
                                           MEUNIER CARLIN &
                                           CURFMAN LLC
                                           999 Peachtree Street, NE
                                           Suite 1300
                                           Atlanta, GA 30309
                                           Tel.: 404-645-7700
                                           Fax: 404-645-7707
                                           Email: sschaetzel@mcciplaw.com
                                           Email: kbates@mcciplaw.com

                                           David Brafman
                                           Florida Bar No. 68289
                                           (*pro hac vice pending*)
                                           Peter A. Chiabotti
                                           Florida Bar No. 0602671
                                           (*pro hac vice pending*)
                                           AKERMAN LLP
                                           777 South Flagler Drive
                                           Suite 1100, West Tower
                                           West Palm Beach, FL 33401
                                           Tel: 561-653-5000
                                           Fax: 561-659-6313
                                           Email: david.brafman@akerman.com
                                           Email: peter.chiabotti@akerman.com

                                           *Counsel for Defendants Ace*
                                           *Hardware Corporation and Pride*
                                           *Family Brands, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certify that the foregoing has been prepared in Times New Roman 14 point font, one of the four fonts and points approved by the Court in Local Rule 5.1(C).

                                            */s/ Mary Katherine Bates*
                                            Mary Katherine Bates
                                            Georgia Bar No. 384052

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2016 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Mary Katherine Bates*
Mary Katherine Bates
